UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2026
```

YESENIA GABRIELA PARADA CAMPOS,

                    Petitioner,

        -against-

SECRETARY KRISTI NOEM; and

OFFICER MONTGOMERY.

                    Respondents.

26-CV-01818

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 6, 2026, the parties appeared before the Court for a conference.

IT IS HEREBY ORDERED that the Government's response to the Petition is due no later than **Tuesday, March 10, 2026, at 2:00 p.m.**  Petitioner's reply is due no later than **Thursday, March 12, 2026, at 2:00 p.m.**

IT IS FURTHER ORDERED that the parties must appear before the Court on **Friday, March 13, 2026, at 11:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: March 6, 2026**
     **New York, New York**

                                        **VALERIE CAPRONI**
                                       **United States District Judge**