```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESENIA GABRIELA PARADA CAMPOS,

                  Petitioner,

-against-

SECRETARY KRISTI NOEM; and

OFFICER MONTGOMERY.

                  Respondents.

26-CV-01818

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 13, 2026, the parties appeared before the Court.

    IT IS HEREBY ORDERED that Petitioner's counsel must confer with (1) her client and (2) her client's prior immigration counsel and submit a letter to the Court **no later than Friday, March 20, 2026**, providing the following information:

1. Whether Petitioner contests Respondents' allegations that she failed to appear on December 20, 2017; February 8, 2017; and March 3, 2017, *see* Dkt. 19 at 4;

2. If not, why Petitioner failed to report on any or all of these dates, specifically addressing Respondents' allegation that she was informed of the December 20, 2017, report date when she appeared in-person on November 16, 2016, *see id.*;

3. If, when, and how Petitioner informed ICE of any changes to her address; and

4. Whether Petitioner has challenged or plans to challenge her March 3, 2017, Final Order of Removal, *see* Dkt. 18-4, in immigration court.

**SO ORDERED.**

**Dated: March 13, 2026**
**New York, New York**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**