UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2026

YESENIA GABRIELA PARADA CAMPOS,

Petitioner,

-against-

SECRETARY KRISTI NOEM; and
OFFICER MONTGOMERY,

Respondents.

26-CV-01818

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Petitioner submitted letters to the Court chronicling her investigation of the final order of removal issued *in absentia* in her immigration case, Dkts. 22–23; and

WHEREAS Petitioner notified the Court that she has filed a Motion to Reopen to Rescind in Absentia Order Based on Lack of Notice in the Memphis Immigration Court, Dkts. 24–25.

IT IS HEREBY ORDERED that **no later than Monday, May 11, 2026**, both Petitioner and Respondents must submit a letter to the Court addressing (1) the status of Petitioner's immigration case and (2) the effect of Petitioner's Motion to Reopen on her final order of removal, current detention, and pending habeas petition at Dkt. 1.

**SO ORDERED.**

**Dated: April 30, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**