**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 12, 2026

By ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *Parada Campos v. Noem, et al.*, No. 26-cv-1818 (VEC)**

Dear Judge Caproni,

This Office represents the government in the above-referenced immigration habeas corpus action. Yesterday, I filed a letter responding to the questions posed by the Court's April 30, 2026 Order. I write respectfully to provide an additional update and correction to the government's letter. I had noted that agency counsel had informed me that the immigration court and ICE both received a copy of Petitioner's motion to reopen on or about April 1, 2026, and that the motion was still pending. However, after ICE in Memphis inquired further with the immigration court yesterday about the status of the motion, I have now been told that the filing had been rejected due to a filing deficiency, and the system was updated this morning to reflect "Rej MTR; did not include riders on coversheet." Consequently, Petitioner does not have a motion to reopen currently pending with the immigration court. Counsel can (and should) promptly file a new/corrected motion to reopen with the immigration court. I have informed Petitioner's counsel of this by email this morning.

I thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney
Southern District of New York

*/s/ Brandon M. Waterman*
BY: BRANDON M. WATERMAN
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2743

cc: Counsel of Record (by ECF)

The parties must update the Court on the status of Petitioner's immigration case and her corrected motion to reopen **by Tuesday, May 26, 2026**.

SO ORDERED. 5/12/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE