**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

May 26, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2026

By ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *Parada Campos v. Noem, et al.*, No. 26-cv-1818 (VEC)**

Dear Judge Caproni,

This Office represents the government in the above-referenced immigration habeas corpus action. On May 12, 2026, the Court directed the parties to "update the Court on the status of Petitioner's immigration case and her corrected motion to reopen by Tuesday, May 26, 2026." ECF No. 30. On May 18, 2026, Petitioner filed a letter stating that counsel re-submitted a motion to reopen on May 14, 2026, which was received by the immigration court on May 15, 2026. ECF No. 31. I write respectfully to provide an update on behalf of the government. ICE has confirmed that they received the motion to reopen on May 15, 2026, and the immigration court shows receipt as of May 19, 2026. See attached. The motion is currently pending.

I thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney
Southern District of New York

*/s/ Brandon M. Waterman*

BY: BRANDON M. WATERMAN
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2743

cc: Counsel of Record (by ECF)

An official website of the United States government Here's how you know



**Court Closures Today** May 26, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.



# Automated Case Information

**Name: PARADA-CAMPOS, YESENIA GABRIELA | A-Number: 206-427-368**

## Next Hearing Information

*There are no future hearings for this case.*

## Court Decision and Motion Information

The immigration judge ordered **REMOVAL**.

**DECISION DATE**
March 3, 2017

**COURT ADDRESS**
80 MONROE AVE, GARDEN LVL G-10
MEMPHIS, TN 38103

**MOTION TO REOPEN, IJ JURISDICTION**
A Motion to Reopen IJ Jurisdiction was **RECEIVED** on **May 19, 2026**.

## BIA Case Information

No appeal was received for this case.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
80 MONROE AVE, GARDEN LVL G-10
MEMPHIS, TN 38103

**PHONE NUMBER**
(901) 528-5883

The parties must inform the Court within one week of the Immigration Court's decision on the pending motion to reopen.

SO ORDERED. 5/28/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE