USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

**LAW OFFICE OF BRUNO J. BEMBI**

**P.O. BOX 5248**

**HEMPSTEAD, NY 11551**

**TEL. (516) 483-7372**

**MEMO ENDORSED**

**SOUTHERN DISTRICT OF NEW YORK**

**ATTN: HON. JUDGE VALERIE E. CAPRONI**

**500 PEARL ST**

**NEW YORK, NY 10007**

June 24, 2026

In the Matter of:

**Parada Campos v. Noem, et. Al**
**1:26-cv-01818VEC**

Dear Honorable Judge Caproni:

Our office would like to bring to your attention that Ms. Parada Campos suffers from a [redacted] that requires daily medication and follow ups every three (3) months with her specialist. Since her detainment in March of 2026 Ms. Parada Campos has not seen her medical specialist and neither has, she taken her prescribed medicine [redacted] She was given a new medication [redacted] and describes the new medication given at Delaney Hall made her not feeling good, dizzy, have foot swelling and poor vision. Without proper medication she feels tired and weak- overtime it can be life threatening. Her weakening health could mean her health is deteriorating but with lack of proper medical care it's hard to help.

Another ongoing issue is the food, which has made many people including herself ill. She claims there is a stomach bacteria going around making others sick, according to medical staff at Delany Hall. They are given the same bland diet- pasta, lettuce and beans daily. This doesn't hold real nutritional value. Ms. Parada Campos also mentioned that things such as Tylenol takes days to request, she had a headache the other day, but it took 3-4 days to process her request and by then it was too late. Attached please find evidence supporting this. For further questions please contact our office at (516) 483-7372. Thank you.

Date: 6/24/2026

Respectfully Submitted,

**Bruno J. Bembi, Esq.**
Attorney for Ms. Parada Campos

cc: AUSA (electronically)

The Court is in receipt of Petitioner's letter dated June 24, 2026. It is unclear what, if anything, Petitioner is asking of the Court. To the extent Petitioner requires certain medical treatment, her requests should be made through the proper channels at Delaney Hall.

SO ORDERED.

Valerie Caproni 7/7/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE