**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

**Law Office of Bruno J. Bembi**
**P.O. Box 5248**
**Hempstead, NY 11551**
**Phone: (516) 483-7372**
**Fax: (516) 483-4416**

October 21, 2026

Southern District of New York
500 Pearl St.
New York, NY 10007

**1:26-cv-01818-VEC**
**Parada Campos v. Noem, et al.**

Dear Honorable Judge Valorie E. Caproni:

Ms. Parada Campos would like to respectfully withdraw her Habeas Corpus. Thank you.

This action is now DISMISSED and provides no barrier to Petitioner's departure from the United States. The Clerk of Court is respectfully directed to close the case.

SO ORDERED. 10/21/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

***Bruno J. Bembi, Esq.***
Law Office of Bruno J. Bembi
Attorney for Ms. Parada Campos